FILED
CLERK, U.S. DISTRICT COURT
APR - 5 2001
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
APR - 5 2001
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

GOLDSMITH & HULL #53496
Attorney At Law
William I. Goldsmith
Attorney Bar #82183
18425 Burbank Blvd. Ste. 615
Tarzana, CA 91356-2821
(818) 708-2585 Fax: (818) 996-4537

ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DONATUS N. UDEZE AKA D. UDEZE<br>Defendant, | **CASE NO.** A00-11363<br>**DEFAULT JUDGMENT** |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from DONATUS N. UDEZE AKA D. UDEZE the sum of $2,665.70 as principal, $2,326.98 as accrued pre-judgment interest, $0.00 for penalties/administrative charges, and $170.00 for court cost, plus $466.57 attorney fees, less credits of $0.00 for a total amount of $5,629.25 plus interest from December 20, 2000, at the rate of $.51 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATE: APR - 5 2001

SHERRI R. CARTER, CLERK OF COURT
U.S. District Court Central District of California

BY [signature]
DEPUTY CLERK

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

(5)